IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **'08 - CV - 01738**
(To be supplied by the court)

_Facundo, Miguel_, Plaintiff,

v.

_Lewisburgh, Pennsylvania (special housing unit)_,

_____,

_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 5 2008

GREGORY C. LANGHAM
CLERK

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG -7 2008

GREGORY C. LANGHAM
CLERK

**PRISONER COMPLAINT**

(Rev. 1/30/07)

## A. PARTIES

1. ~~Mr Roberg AKA Mr Avery~~ Miguel Facundo (07603-010)

   (Plaintiff's name, prisoner identification number, and complete mailing address)

   United States Pennitenary P.O Box 1000
   Lewisburgh Pennsylvania 17837

2. Mr Avery AKA Roby

   (Name, title, and address of first defendant)

   United States Pennitenary P.O Box 1000 Lewisburgh P.A. 17837

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? **X** Yes ___ No (CHECK ONE). Briefly explain your answer:

   racists c/o against Mexicans half german/half white.

3. _____

   (Name, title, and address of second defendant)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ___ No (CHECK ONE). Briefly explain your answer:

4. _____

   (Name, title, and address of third defendant)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ___ No (CHECK ONE). Briefly explain your answer:

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

(Rev. 1/30/07)                                              2

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to: (check one if applicable)

    ✓ 28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

    ___ 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

    under the 42 USC 1983 act I still withhold my rights (no plea agreement) signed.

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. If more space is needed to describe the nature of the case, use extra paper to complete this section. The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

Discrimination against all mexicans c/o Avery is a racists white c/o who does not like mexicans at all specially someone like myself whos an Illegal from (Mexico) Im a detainee here at lewisburgh P.A. (shu) im in cell 205 Ive being here for approximately 2 months now and the way Ive being treated and disrespected by mr. Avery is so unproffesional rude and uncalled for, not only is he a racists white man But the way his performance is carried throughout his shift is not an accordingly behavior due to his attitude and Behavior,

Rev. 1/2007

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: __Mr Avery's attitude__

   Supporting Facts: The mans performance on his shift is very poor, his rude at times loud, and disrespectful he does not fit the B.O.P. standards of a proffesional C/O appointed by the goverment to work here, he can be rude at times slamming the slots throwing the trash can against your door, loud and very annoying I miguel Facundo got into it a few times with him arguing and being disrespectful to one another. The reason on why? is simple he does not agree on any mexicans being here in this country, he has a personal conflict against all mexicans his a racists german who I'm not comfortable being around with. By all means.

(Rev. 1/30/07)                                                4

2. Claim Two: <u>My second complaint is:</u>
   Supporting Facts:

<u>Mr C/O Gee who serves the mornings meals tall, gold tea, fat and a mouth on him he's rude disrespectful and he does not care at all when it comes to cuzzin you out he can cuzz like "fuck you" "fuck off" "eat shit and die" he will be direct and staaight foward with you. I personally feel that mr Gee has violated the Board of prisons rules and regulations against all Inmates you can here this guy arguing or cuzzin someone out from a distance he does not fit the profesionalism of being a well conducted Organized proffesional officer. he's rude and disrespectful with all Inmates and still they continue to put him to serve our meals. something needs to be done, where's the justification!!</u>

(Rev. 1/30/07)                                5