Facundo-Miguel
07603-010
540 205
Federal United States Prison
P.O. Box 1000
Lewisburg, PA
17837

FEM
8-2-08

Legal Mail

HARRISBURG PA 171
04 AUG 2008 PM 5 L

United States Courthouse
901 19 Street Room A-105
Denver Colorado
80294-3589