AO 243 (Rev. 2/95)

**PETITION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| UNITED STATES DISTRICT COURT | District |
|---|---|

| Name of Movant | Prisoner No. | Case No. |
|---|---|---|
| Facundo-Guzman | 07603-010 | 08 CV 01738 |

Place of Confinement: Lewisburch - Pennsylvania

UNITED STATES OF AMERICA V. _____ (name under which convicted)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP - 9 2008
GREGORY C. LANGHAM
CLERK

**MOTION**

1. Name and location of court which entered the judgment of conviction under attack: Isaac C. Parker Bld 30 South Six Street ARKANSAS, FORTHSMITH

2. Date of judgment of conviction: December of 2005

3. Length of sentence: 8 yrs.

4. Nature of offense involved (all counts): Re entering the United States of America

5. What was your plea? (Check one)
   (a) Not guilty ☑
   (b) Guilty ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details: none found guilty for Illegal Reentry.

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☑
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐  No ☑

8. Did you appeal from the judgment of conviction?
   Yes ☐  No ☑

(2)

AO 243 (Rev. 2/95)

9. If you did appeal, answer the following:

   (a) Name of court __I didn't appeal.__

   (b) Result __none ∅__

   (c) Date of result __none ∅__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
    Yes ☑   No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __United States District of Denver Colorado__

        (2) Nature of proceeding __no Response—__

        (3) Grounds raised __no Response—__

        (4) Did you receive an evidentiary hearing on your petition, application or motion?

            Yes ☐   No ☑

        (5) Result __none ∅__

        (6) Date of result __none ∅__

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court __no__

        (2) Nature of proceeding __no__

        (3) Grounds raised __no__

(3)

AO 243 (Rev. 2/95)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☑

(5) Result  no

(6) Date of result  no

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.   Yes ☑   No ☐
(2) Second petition, etc.   Yes ☑   No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

I sent in a petition to Denver-Colorado District Court but never Receive a Response. I didn't appeal at my sentencing court because I thought for some reason the laws on Immigration were gonna change?

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

   Caution:   If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

   For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

   Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

   (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

   (b) Conviction obtained by use of coerced confession.

(4)

AO 243 (Rev. 2/95)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A. Ground one: (H) Convicted obtain by action of a grand Jury which was unconstitutionally selected and Impancled.

Supporting FACTS (state *briefly* without citing cases or law) there was at least 48 people to be chosen and, I felt there should of being a Race Mixture of different type of Races not (only white) so therefore they gave me the Maxium of sentence.

B. Ground two: (2) Denial of effective Counsel

Supporting FACTS (state *briefly* without citing cases or law) Apperantly the attorney that was appointed to me didnt or knew anything about Illegal Immigration so therefore I was misIntepertrated and Presented in front of a courthouse.

C. Ground three: (3) Convicted in Violation of the privilege against self Incrimination.

Supporting FACTS (state *briefly* without citing cases or law) I feel Betrayed and Bewildered on Being arrested for coming across Illegally into this country

(5)

AO 243 (Rev. 2/95)

D. Ground four: Illegal Immigrants not wanted in California for not being Citizens.

Supporting FACTS (state *briefly* without citing cases or law) I was practically raised here Went to school here and worked here I cant understand on why? Im not wanted or accepted as a human being in this country.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐        No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

    (a) At preliminary hearing  James B. Pierce / Rafael Marquee

    (b) At arraignment and plea  James B. Pierce / Rafael Marquee

    (c) At trial  James B. Pierce / Rafael Marquee

    (d) At sentencing  James B. Pierce / Rafael Marquee

(6)

AO 243 (Rev. 2/95)

(e) On appeal _non-presented_

(f) In any post-conviction proceeding _none_

(g) On appeal from any adverse ruling in a post-conviction proceeding _no_

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes ☐  No ☑

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐  No ☑

    (a) If so, give name and location of court which imposed sentence to be served in the future: _none_

    (b) Give date and length of the above sentence: _none_

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
        Yes ☑  No ☐

Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_09-02-08_
   (Date)

_Facundo Miguel Guzman_
Signature of Movant

(7)