IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01738-BNB

MIGUEL FACUNDO,

    Plaintiff,

v.

LEWISBURGH PENNSYLVANIA SPECIAL HOUSING UNIT,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 0 2 2008

GREGORY C. LANGHAM
                          CLERK

## ORDER OF DISMISSAL

Plaintiff Miguel Facundo initiated this action by filing a *pro se* Prisoner Complaint. On August 15, 2008, Magistrate Judge Craig B. Shaffer entered an order directing the Clerk of the Court to commence a civil action and instructing Mr. Facundo to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Shaffer ordered Mr. Facundo to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, to name the same defendants in both the caption and the text of the Prisoner Complaint, and to provide Pages Six through Eight of the Prisoner Complaint form. Mr. Facundo was warned that the Complaint and the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Facundo has failed to cure the deficiencies within the time allowed. Therefore, the Complaint and the action will be dismissed. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 2 day of Oct., 2008.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01738-BNB

Miguel Angel Facundo-Guzman
Reg. No. 06703-010
USP - Lewisburg
PO Box 1000
Lewisburg, PA 17837

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/2/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk